*235 McKEAGUE, Circuit Judge,
concurring in the judgment.
I concur in the result because my colleagues believe that the district court misunderstood the scope of its authority. Absent their concerns, however, I would affirm because Cannon never asked the district court to make his sentences concurrent. Instead, he asked the court to reduce his cocaine sentence while continuing to run his firearm sentence consecutively. The court declined to do so. I would see no abuse of discretion here if the court merely failed to consider an argument that Cannon never raised. It would tax our system to let litigants complain that the district court failed to act as their counsel. I don’t read the majority to disagree. But I concur separately because Cannon’s appeal relied on arguments that he never presented to the district court.